McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
(916) 554-2700
JOHN CUSKER
Special Assistant United States Attorney
Telephone: (415) 977-8943
501 I Street, Suite 10-100
Sacramento, California 95814-2322

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE R. CARNES, | Case No. 2:05-CV-01423-CMK |
| Plaintiff, | |
| | STIPULATION TO REDACT PAGE FROM THE CERTIFIED |
| v. | ADMINISTRATIVE TRANSCRIPT AND FILE THE REDACTED |
| JO ANNE B. BARNHART, Commissioner of Social Security, | TRANSCRIPT IN THIS ACTION; ORDER |
| Defendant. | |

The parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate as follows:

1) Page 222 of the Certified Administrative Transcript (which has not yet been filed in this action) is a confidential record pertaining to an individual other than Plaintiff;

2) Said page shall be removed from the Certified Administrative Transcript, and from all copies of the Transcript, and then destroyed by Plaintiff's attorney, the Assistant United States Attorney, and the Assistant Regional Counsel; the redacted

1

1 Certified Administrative Transcript shall then be filed in this
2 action.
3     3) The above-mentioned page, mistakenly included in the
4 Transcripts, will not be disclosed to anyone.
5     4) The inadvertent inclusion of the above-mentioned page in
6 the Certified Administrative Transcript will not be a basis for a
7 claimed error.

9 DATED: February 2, 2006      */s/ Bess M. Brewer*
                               BESS M. BREWER
                               Attorney for Plaintiff

12 DATED: February 2, 2006   McGREGOR W. SCOTT
                             United States Attorney

14                        By:   */s/ Bobbie J. Montoya*
                                BOBBIE J. MONTOYA
15                              Assistant United States Attorney

16                              Attorneys for Defendant

ORDER

20 DATED:   February 6, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2