1 | BESS M. BREWER, #100364
BREWER & MITCHELL, LLP
1023 H Street, Suite B5
Sacramento, CA 95814
Telephone: (916) 448-8600
Facsimile: (916) 448-8605

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JIMMIE R. CARNES, JR.** ) | Case No.  CIV-05-1423 CMK |
| ) | |
| **Plaintiff,** ) | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. ) | |
| **JO ANNE B. BARNHART** ) **Commissioner of Social Security** ) **of the United States of America,** ) | |
| **Defendant.** ) | |

　　　IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file his memorandum of points and authorities in support of summary judgment is hereby extended from its current due date of March 22, 2006  to April 20, 2006.

/ / / / /

/ / / / /

/ / / / /

1

1  This is plaintiff's first request for an extension regarding the summary judgment.

Dated: March 21, 2006                    BREWER & MITCHELL, LLP


                                         By:  /s/ Bess M. Brewer
                                         BESS M. BREWER
                                         Attorney at Law

                                         Attorney for Plaintiff

Dated: March 21, 2006                    McGregor W. Scott
                                         United States Attorney


                                         By:  /s/ Bobbie J. Montoya
                                         BOBBIE J. MONTOYA
                                         Assistant U.S. Attorney

                                         Attorney for Defendant




                                    **ORDER**


APPROVED AND SO ORDERED.



DATED:   March 22, 2006.


                           _____
                           **CRAIG M. KELLISON**
                           UNITED STATES MAGISTRATE JUDGE