BESS M. BREWER, #100364
BREWER & MITCHELL, LLP
1023 H Street, Suite B5
Sacramento, CA 95814
Telephone: (916) 448-8600
Facsimile: (916) 448-8605

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JIMMIE R. CARNES, JR.**<br><br>**Plaintiff,**<br><br>v.<br><br>**JO ANNE B. BARNHART**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | Case No.  CIV-05-1423 CMK<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file his memorandum of points and authorities in support of summary judgment is hereby extended from its current due date of April 20, 2006 to April 28, 2006.

/ / / / /

/ / / / /

/ / / / /

*Carnes v. Barnhart*, CIV-05-1423 CMK            1

1 | This is plaintiff's second request for an extension regarding the summary judgment.

2

3

4 | Dated: April 19, 2006				BREWER & MITCHELL, LLP

5

6 | 						By:   /s/ Bess M. Brewer
7 | 						BESS M. BREWER
						Attorney at Law

8 | 						Attorney for Plaintiff

9
10 | Dated: April 19, 2006				McGregor W. Scott
						United States Attorney

11

12 | 						By:   /s/ Bobbie J. Montoya
						BOBBIE J. MONTOYA
						Assistant U.S. Attorney

13

14 | 						Attorney for Defendant

15

16

17 | 						**ORDER**

18

19 | APPROVED AND SO ORDERED.

20

21 | DATED:   April 20, 2006.

22

23 | 						_____
						**CRAIG M. KELLISON**
24 | 						UNITED STATES MAGISTRATE JUDGE

25

26

27

28

*Carnes v. Barnhart*, CIV-05-1423 CMK		2