```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
JOHN CUSKER
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone:  (916) 977-8943
Fax:  (415) 744-0134
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE R. CARNES, JR., | CASE NO. 2:05-CV-01423-CMK |
| Plaintiff, | STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO JUNE 30, 2006 |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Defendant's time to respond to Plaintiff's motion for summary judgment in the above-referenced case is hereby extended from the present due date of May 31, 2006, by thirty days, to the new response date of June 30, 2006, and that all subsequent due dates under the Court's Scheduling Order shall be extended accordingly.  The extension is needed because Defendant's counsel who is responsible for preparing the Commissioner's brief in this

Stip.& Order Ext. Def.'s Time
2:05-01423                              **1**

case will be out of the office during the current briefing deadline period.

This is the first extension requested re Defendant's response to Plaintiff's motion for summary judgment.

The parties further stipulate that Plaintiff's counsel shall return a facsimile of this stipulation bearing her signature for retention by Defendant's counsel, and that Defendant shall e-file this stipulation pursuant to applicable local rules.

DATED: May 30, 2006          /s/ Bess M. Brewer
                             BESS M. BREWER
                             Attorney at Law

                             Attorney for Plaintiff

DATED: May 31, 2006          McGREGOR W. SCOTT
                             United States Attorney
                             BOBBIE J. MONTOYA
                             Assistant U.S. Attorney

                         By: /s/ Bobbie J. Montoya for
                             JOHN CUSKER
                             Special Assistant U.S. Attorney

                             Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

ORDER

APPROVED AND SO ORDERED.

DATED:   June 1, 2006.

                             /s/ Craig M. Kellison
                             _____
                             **CRAIG M. KELLISON**
                             UNITED STATES MAGISTRATE JUDGE

Stip.& Order Ext. Def.'s Time
2:05-01423                          **2**